DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOWARD NEWTON PITT,**
Appellant,

v.

**ADETOKUNBOH AJOKU** and
**WELLS FARGO BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE HOLDERS OF
THE FIRST FRANKLIN MORTGAGE LOAN TRUST
2006-FF15 MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2006-FF15,**
Appellees.

No. 4D2023-0677

[December 21, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Bowman, Judge; L.T. Case No. CACE17-001161.

Howard N. Pitt, Lauderdale Lakes, pro se.

Michael N. Hosford and Steven C. Weitz of Weitz & Schwartz, P.A., Fort Lauderdale, for appellee, Wells Fargo Bank.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***